■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELSON CRUZ, Appellant. [724 NYS2d 341] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Kreindler, J.), rendered March 12, 1999, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally

insufficient to support his conviction of depraved indifference murder (*see,* Penal Law § 125.25 [2]) is not preserved for appellate review (*see,* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10; *People v Udzinski,* 146 AD2d 245). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt (*see, People v Peterson,* 262 AD2d 502; *People v Arce,* 242 AD2d 508; *People v Cole,* 233 AD2d 247; *People v Tankleff,* 199 AD2d 550, *affd* 84 NY2d 992; *People v Marsh,* 140 AD2d 631). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

Contrary to the defendant's contention in his supplemental *pro se* brief, the Supreme Court did not err in denying his untimely request for a missing witness charge (*see, People v St. Fleur,* 243 AD2d 740).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80). Altman, J. P., Krausman, Luciano and Cozier, JJ., concur.